IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ZEAVON IRBY**  **PLAINTIFF**
**ADC #156709**

v.  No: 4:21-cv-00849-LPR-PSH

**CURTIS PRICE**  **DEFENDANT**

## JUDGMENT

Pursuant to the Order filed this date, it is considered, ordered, and adjudged that Plaintiff Zeavon Irby's Complaint is dismissed without prejudice.

IT IS SO ADJUDGED 7th day of December 2021.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE